LARRISON *v.* DOWD, WARDEN.

[No. 28,063.   Filed December 28, 1944.]

*George Larrison*, pro se.

*James A. Emmert*, Attorney General, *Frank Hamilton*, First Deputy Attorney General, and *Frank E. Coughlin*, Deputy Attorney General, for the State.

704

SWAIM, J.—This appeal presents the same questions as were presented in *Hinkle* v. *Dowd, Warden, ante,* p. 91. On the authority of that case this one is affirmed.

NOTE.—Reported in 58 N. E. (2d) 343.